IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ALLEN NESBITT,

    Plaintiff,

vs.                                             Case No. 5:05cv98/LAC/EMT

STATE OF FLORIDA, et al.,

    Respondent.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 31, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed, if any.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's "Petition to Order a Temporary Injunction Against Defendant's Isolating, Punishing, or Otherwise Interfering with Plaintiff's Rights" (Doc. 7) is **DENIED** as moot.

    3. Plaintiff's "Petition to Order a Temporary Injunction Against Defendants Staying them from Relocating Plaintiff to Different Facilities within the Fourteenth Judicial Circuit of the State of Florida" (Doc. 8) is **DENIED** as moot.

    4. Plaintiff's "Petition for Temporary Injunction Barring Defendants From Further Abuses of Plaintiff, From Withholding Copies of Documents to Which Plaintiff Has a Right, and from Interfering Further with Plaintiff's U.S. Constitutional Rights" (Doc. 31) is **DENIED**.

**DONE AND ORDERED** this 6th day of December, 2005.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No: 5:05cv98/LAC/EMT