IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ALLEN NESBITT,
    Plaintiff,

vs.                                        Case No: 5:05cv98/LAC/EMT

DENNIS LEE, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 21, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed..

    Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's claim is   **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

    **DONE AND ORDERED** this 13th day of October, 2006.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**